SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>       Plaintiff,<br><br>    vs.<br><br>The Son Chu, et al<br><br>       Defendants | Case No. **10-cv-02511-WBS-EFB(TEMP)**<br><br>~~PROPOSED~~ **ORDER RE: REQUEST TO WITHDRAW MOTION FOR DEFAULT JUDGMENT** |

**ORDER**

IT IS HEREBY ORDERED THAT the Motion for Default Judgment filed February 22, 2011 be and is hereby WITHDRAWN and that the Motion for Default Judgment hearing set for April 27, 2011 at 10am before the undersigned is hereby VACATED.

Dated: March 17, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE