UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

      Plaintiff,

  v.

THE SON CHU, individually and d/b/a Hunan Garden Restaurant; HONG LI CHAO, individually and d/b/a Hunan Garden Restaurant,

      Defendants.
_____/

NO. CIV. 2:10-2511 WBS EFB

ORDER

----oo0oo----

      The only defendants, The Son Chu, individually and d/b/a Hunan Garden Restaurant, and Hong Li Chao, individually and d/b/a Hunan Garden Restaurant, are appearing pro se. Accordingly, pursuant to Local Rule 302(c)(21), this case is hereby referred to the assigned magistrate judge, Edmund F. Brennan, for all further proceedings consistent with the provisions of the rule.

      IT IS SO ORDERED.

1

DATED: May 23, 2011

*[Signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE